UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRIENDS OF IMPACT CHARTER SCHOOLS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-263-JWD-RLB** |
| **EDUCATIONAL NETWORKS** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 27, 2025 (Doc. 13), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on July 16, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
 **UNITED STATES DISTRICT COURT**
 **MIDDLE DISTRICT OF LOUISIANA**